IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARIES SPEARS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SMALL BUSINESS ADMINISTRATION, *et al.,* <br><br> Defendants. | Case No. 1:22-cv-00154-RDM <br><br> Judge Randolph D. Moss |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(1) and Local Civil Rule 41(a)(1)(A)(i), where Defendants have served neither an answer nor a motion for summary judgment, Plaintiff Aries Spears Productions, Inc. hereby dismisses this action.

Dated: February 21, 2022           Respectfully submitted,

/s/  *Jeffrey E. McFadden*
Jeffrey E. McFadden          D.C. Bar No. 434234
LAW OFFICES OF JEFFEREY E. MCFADDEN
312 Prospect Bay Drive E.
Gransonville, MD 21638-1181
410-490-1163
jmcfadden@jmcfaddenlaw.com

Tyler W. Hudson          D.C. Bar No. 485971
Eric D. Barton          Missouri Bar No. 64112
(*pro hac vice* motion to be filed)
WAGSTAFF & CARTMELL LLP
4740 Grand Ave., Suite 300
Kansas City, MO 64112
816-701-1100
thudson@wcllp.com
ebarton@wcllp.com

Matthew S. Mokwa          Fla. Bar No.47761
(*pro hac vice* motion to be filed)
THE MAHER LAW FIRM, PA

271 West Canton Ave, Suite 1
Winter Park, FL 32789
407-839-0866
mmokwa@maherlawfirm.com

***Counsel for Aries Spears Productions, Inc.***